UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GENERAL RETIREMENT SYSTEM OF
THE CITY OF DETROIT, POLICE AND
FIRE RETIREMENT SYSTEM OF THE
CITY OF DETROIT, and THE BOARD OF
TRUSTEES OF THE CITY OF PONTIAC
GENERAL EMPLOYEES RETIREMENT
SYSTEM,

    Plaintiffs,

v.

Case No. 10-CV-11941

HONORABLE DENISE PAGE HOOD

ONYX CAPITAL ADVISORS, LLC, ONYX
CAPITAL ADVISORY FUND I, LP, SECOND
CHANCE MOTORS, INC., SCM CREDIT, LLC,
SCM FINANCE, LLC, 1097 SEA JAY, LLC,
ROY DIXON, JR., and MICHAEL A. FARR,

    Defendants.
_____/

## ORDER MOOTING MOTIONS

The Court, having entered an Order staying the matter as to Defendant Roy Dixon, Jr., accordingly,

IT IS ORDERED that the Motion to Dismiss filed by Roy Dixon **(Doc. No. 172, filed 11/1/2011)** and the Motion to Strike Motion to Dismiss filed by the Defendants **(Doc. No. 173, filed 11/7/2011)** are MOOT.

Dated: December 27, 2011

S/Denise Page Hood
Denise Page Hood
United States District Judge

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 27, 2011, by electronic and/or ordinary mail.

S/Julie Owens
Case Manager